IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS RICARDO CARR,

    Plaintiff,

v.

CIVIL ACTION NO.: CV611-050

STANLEY WILLIAMS; Deputy
Warden JOHNSON; KATHY MARTIN;
SHUN SIKES; Captain SMOKE; and,
Officer BUTLER,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Kathy Martin and Officer Butler are **DISMISSED**, without prejudice. Plaintiff's deprivation of property claims are also **dismissed**.

**SO ORDERED**, this 25th day of August, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA