**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

2011 NOV 23   AM 9: 50

CLERK _____
SO. _____

THOMAS RICARDO CARR,                    :

        Plaintiff,                    :

v.                    :                    CIVIL ACTION NO.: CV611-050

STANLEY WILLIAMS; WAYNE                    :
JOHNSON; SHAWN SIKES;
and ERIC SMOKES,                    :

        Defendants.                    :

### O R D E R

    Plaintiff, an inmate formerly incarcerated at Telfair State Prison in Helena, Georgia,
filed the captioned action *in forma pauperis* seeking damages as a result of alleged violations
of constitutionally protected civil rights. In this Court's Order dated May 19, 2011, Plaintiff was
advised that he "... shall immediately inform this Court of any change of address. Failure to
do so will result in dismissal of this case, without prejudice."

    On November 3, 2011, the Clerk's office forwarded a copy of an Order to Plaintiff at
Telfair State Prison, the only address provided by Plaintiff. That Order was returned by the
United States Postal Service, with the notation that Plaintiff has been "Released." As Plaintiff
has not advised the Court of a change in his address, in violation of this Court's May 19,
2011, Order this action is **DISMISSED**, without prejudice, for want of prosecution, pursuant
to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company,
370 U.S. 626 (1962).

    **SO ORDERED**, this 23 day of _____Nov._____, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)